In the Matter of the Judicial Settlement of the Accounts of DANIEL H. SMITH, as Executor of SARAH M. COMBES, Deceased, Executrix of HIRAM G. COMBES, Deceased.

ADA L. JOHNSON et al., Appellants; DANIEL H. Smith, as Executor, Respondent.

*Matter of Smith*, 46 App. Div. 318, affirmed.
(Argued March 18, 1901; decided April 4, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 26, 1899, which affirmed a decree of the Kings County Surrogate's Court confirming the report of a referee that the petitioners are not entitled to an accounting by Daniel H. Smith, as executor of Sarah M. Combes, deceased, concerning her acts as executrix of Hiram G. Combes, deceased.

*Albert C. Tennant* for appellants.

*T. Ellett Hodgskin* for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.